IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FOX VALLEY CONSTRUCTION )
WORKERS FRINGE BENEFIT FUNDS, )
*et al.*, )
)
) CIVIL ACTION
Plaintiffs, )
) NO. 05 C 1774
vs. )
) JUDGE MARVIN E. ASPEN
S. R. GRAY CONSTRUCTION, INC., )
a corporation, )
)
Defendant. )

## JUDGMENT ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, S. R. GRAY CONSTRUCTION, INC., a corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to make contributions to each of the Plaintiff Funds in accordance with collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Defendant has made available to the Plaintiffs payroll books and records for the purpose of taking an account as to all employees of the Defendant covered by the collective bargaining agreement referred to in the Complaint of the Plaintiffs to determine amounts due to Plaintiffs.

6. Plaintiffs, by the accounting firm of Levinson Simon & Sprung, P.C., did cause an audit to be made to cover the period extending from the 1st day of August 2002 through the 30th day of November 2005.

7. Upon such audit, it is determined that there is due and owing, for such audited period, to Plaintiffs, the amount of $1,786.86 for contributions and the further sum of $178.69 for liquidated damages, for a total of $1,965.55.

8. Plaintiffs are entitled to make a further audit of the payroll books and records to cover periods not previously audited by Plaintiffs.

9. Defendant has failed to timely make all contributions required to be made to the Plaintiff Funds; as provided in the Agreements and Declarations of Trust governing the respective Funds, Plaintiffs are entitled to recover:

   (a) the cost of the audit of the payroll books and records of Defendant;

   (b) a sum equal to ten (10%) percent of the amount determined to be due;

   (c) costs and expenses of the Trustees, including their reasonable attorneys' fees.

10. Plaintiffs have expended the sum of $910.00 for the purpose of making the audit of the payroll books and records of the Defendant.

11. There is no just cause for delay in the entry of a Judgment Order as to the sum of $6,079.30 owed to the Plaintiffs from Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That Plaintiffs recover from the Defendant, S. R. GRAY CONSTRUCTION, INC., a corporation, the sum of $1,786.86 for contributions and the additional sum of $178.69 for liquidated damages, or a total sum of $1,965.55.

B. That Plaintiffs recover from the Defendant, S. R. GRAY CONSTRUCTION, INC., a corporation, the costs of these proceedings to include the sum of $910.00 expended by Plaintiffs for the purpose of making the audit in this cause and the further sum of $3,203.75 as and for Plaintiffs' just and reasonable attorneys' fees.

C. That Plaintiffs recover from the Defendant, S. R. GRAY CONSTRUCTION, INC., a corporation, the total amount of **$6,079.30,** which includes contributions, liquidated damages, audit fees and attorneys' fees.

D. Plaintiffs are awarded execution for the collection of the judgment and costs granted hereunder.

E. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/4/06

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com
I:\Fvcwj\S.R. Gray Construction\judgment order.pnr.df.wpd

3

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Judgment Order) with the Clerk of Court using the CM/ECF system.

I hereby further certify that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 7th day of February 2006:

>Mr. Steven R. Gray, Registered Agent
>S. R. Gray Construction, Inc.
>14N330 Thurnau Road
>Hampshire, IL 60140

>/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Fvcwj\S.R. Gray Construction\judgment order.pnr.df.wpd